# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Larry and Tammy Koller,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-0261-CV-W-JTM |
| | ) |
| **Liberty Mutual Fire Insurance Co.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Joint Stipulation Of Dismissal With Prejudice*, filed October 7, 2011 [Doc. 108], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their/its own attorney's fees and costs except that defendant shall be responsible for the mediation fee.

                                           */s/ John T. Maughmer*
                                           **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**